# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

NO. 09-4179　　DIVISION　　SECTION

**SECT. R MAG. 4**

JOLENE TAYLOR

**JURY DEMAND**

VERSUS

OCHSNER FOUNDATION CLINIC HOSPITAL AND METROPOLITAN LIFE INSURANCE COMPANY

Complainant Jolene Taylor, through undersigned counsel, respectfully petitions the court for damages as the result of wrongful denial of benefits for which she contracted with defendants pursuant to an ERISA life insurance policy, employee benefits plan under 29 U.S.C. 1001, as follows:

**I**

Complainant is a person of the full age of majority and a resident of Plaquemines Parish, Louisiana.

**II**

Defendant Ochsner Foundation Clinic Hospital is a healthcare provider domiciled in Jefferson Parish, Louisiana.

**III**

Defendant Metropolitan Life Insurance Company (MetLife) is a vendor and provider of life insurance policies and is licensed to do and doing business in the state of Louisiana.

Fee $350.-
__ Process ____
 X  Dktd ____
__ CtRmDep ____
__ Doc. No. ____

### IV

On or about a date uncertain in 2006, Wayne Taylor, an employee of defendant Ochsner, elected benefits pursuant to the Ochsner employee benefits plan, including life insurance benefits pursuant to 29 U.S.C. 1001.

### V

The plan provided for payment of life insurance benefits upon the death of Wayne Taylor, naming complainant the beneficiary under the ERISA policy.

### VI

Wayne Taylor died on or about June 26, 2008.

### VII

Complainant Jolene Taylor made her claim timely for benefits under the life insurance policy, and upon its denial, appealed the decision of defendants to deny coverage under the policy; that appeal sustained the denial of benefits.

### VIII

The denial of coverage under the life insurance policy was a breach of the fiduciary obligation of defendants, a willful violation of the insurance contract and ERISA, a negligent violation of the insurance contract, and a breach of its most fundamental provisions and promises.

### IX

Complainant Jolene Taylor makes claim for the full amount of the death benefits under the life insurance policy, $50,000.00 dollars.

### X

Plaintiff prays for trial by jury.

Wherefore, Complainant prays for the award of damages in the amount of $50,000.00 dollars, attorney's fees and penalties, interest from date of judicial demand, all consistent with the terms of the ERISA life insurance policy at issue.

Respectfully submitted,

**LAW OFFICES OF GEORGE F. RIESS & ASSOCIATES, LLC**

_____

**GEORGE F. RIESS, ESQ., (#11266)**
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Telephone No.: (504) 568-1962
Facsimile No.: (504) 568-1965

**William Boustead, ESQ., (#3330 )**
5201 Westbank Expressway, Suite 202
Marrero, Louisiana 70072
Telephone No.: (504) 347-8008
Facsimile No.: (504) 328-8804

**PLEASE SERVE:**

**Ochsner Foundation Hospital**
**(Through their agent of service)**
**BC Brannon**
**1516 Jefferson Highway**
**New Orleans, Louisiana 70121**

**Metropolitan Life Insurance Company**
**(Through their agent of service)**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**